AO 240 (1/94)

# United States District Court
## DISTRICT OF MASSACHUSETTS

CHRISTOPHER VINTON,           2004 JAN 27 A 10 55

    Plaintiff    U.S. DISTRICT COURT  
                   DISTRICT OF MASS.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

PETER ALLEN,

    Defendant

CASE NUMBER:

I, Christopher Vinton, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration <u>Mass. Correctional Inst. Cedar Junction</u>

   Are you employed at the institution? <u>Yes</u>    Do you receive any payment from the institution? <u>Yes</u>

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    [X] Yes    [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $2.00 a day 3 to 5 days a week totalling between $6.00 and $10.00 a week for pay. M.C.I. Cedar Junction Culinary Dept - Steve Toomey - Director

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [X] Yes see 3-A    [ ] No  
   b. Rent payments, interest or dividends    [ ] Yes    [X] No  
   c. Pensions, annuities or life insurance payments    [ ] Yes    [X] No  
   d. Disability or workers compensation payments    [ ] Yes    [X] No  
   e. Gifts or inheritances    [ ] Yes    [X] No  
   f. Any other sources    [X] Yes    [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. Random donations from family and friends in small sporadic amounts.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION

## Inmate Transaction Report

Date :    20040107 11:21

| | | | | |
|---|---|---|---|---|
| Commit# : | W62596 | | MCI CEDAR JUNCTION | Page : 1 |
| Name : | VINTON, CHRISTOPHER, , | | Statement From 20030601 | |
| Inst : | MCI CEDAR JUNCTION | | To  20040107 | |
| Block : | A 2 | | | |
| Cell/Bed : | 66 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Peri | $2,236.46 | $2,132.01 | $12.00 | $12.00 |
| 20030602 09:41 | ML - Mail | 1182142 | 714 | CJ | ~SAFIYA SAHIN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030603 09:23 | CN - Canteen | 1184153 | | CJ | ~Canteen Date : 200306 | $0.00 | $49.45 | $0.00 | $0.00 |
| 20030609 08:34 | ML - Mail | 1214988 | | CJ | ~DARLENE GONZALEZ | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030610 10:14 | CN - Canteen | 1221692 | | CJ | ~Canteen Date : 200306 | $0.00 | $49.25 | $0.00 | $0.00 |
| 20030610 16:22 | IS - Interest | 1228297 | | CJ | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20030611 08:43 | ML - Mail | 1242283 | | CJ | ~ROBERT VINTON | $30.00 | $0.00 | $0.00 | $0.00 |
| 20030616 22:30 | CN - Canteen | 1266342 | | CJ | ~Canteen Date : 200306 | $0.00 | $48.97 | $0.00 | $0.00 |
| 20030618 10:37 | EX - External Disbursement | 1272572 | 27290 | CJ | ~ARIEL SHEA | $0.00 | $10.00 | $0.00 | $0.00 |
| 20030619 08:26 | ML - Mail | 1283364 | | CJ | ~ROBERT VINTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030623 22:30 | CN - Canteen | 1295529 | | CJ | ~Canteen Date : 200306 | $0.00 | $35.22 | $0.00 | $0.00 |
| 20030627 09:20 | TC - Transfer from Inmate to Club A/c | 1317289 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20030627 09:26 | CI - Transfer from Club to Inmate A/c | 1317308 | | CJ | ~CANCEL TRANS.AS INMAT DOES NOT HAVE SUFFICIE FUNDS TO PROCESS THE S CHECK TO REPAIR HEADPHONES (THEREFORE,POSTAGE OF $1.29 NEED NOT BE COLLECTED TO SE THEM OUT FOR REPAIR)~W62596 VINTON,CHRISTOPHER PERSONAL~POSTAGE - Z11 | $1.29 | $0.00 | $0.00 | $0.00 |
| 20030630 22:30 | CN - Canteen | 1322800 | | CJ | ~Canteen Date : 200306 | $0.00 | $1.48 | $0.00 | $0.00 |
| 20030702 08:37 | ML - Mail | 1329361 | | CJ | ~ROBERT VINTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030703 10:35 | CI - Transfer from Club to Inmate A/c | 1341678 | | CJ | ~PER MS/REIMB FOR SECUREPAK ORDER NEVER REC'D.~W62596 VINTON,CHRISTOPHER PERSONAL~SECUREPAK - Z180 | $22.00 | $0.00 | $0.00 | $0.00 |
| 20030707 22:30 | CN - Canteen | 1349014 | | CJ | ~Canteen Date : 200307 | $0.00 | $20.31 | $0.00 | $0.00 |
| 20030709 08:31 | ML - Mail | 1355731 | | CJ | ~ROBERT VINTON | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1362075 | | CJ | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20030714 22:30 | CN - Canteen | 1395352 | | CJ | ~Canteen Date : 200307 | $0.00 | $49.64 | $0.00 | $0.00 |
| 20030715 09:42 | EX - External Disbursement | 1396182 | 27481 | CJ | ~KOSS CORPORATION | $0.00 | $6.00 | $0.00 | $0.00 |
| 20030715 09:42 | TC - Transfer from Inmate to Club A/c | 1396185 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date :   20040107 11:21

| | | | | |
|---|---|---|---|---|
| Commit# : | W62596 | MCI CEDAR JUNCTION | | Page : 2 |
| Name : | VINTON, CHRISTOPHER, , | Statement From 20030601 | | |
| Inst : | MCI CEDAR JUNCTION | To   20040107 | | |
| Block : | A 2 | | | |
| Cell/Bed : | 66 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030715 10:42 | IC - Transfer from Inmate to Club A/c | 1396724 | | CJ | ~POSTAGE~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20030721 22:30 | CN - Canteen | 1403486 | | CJ | ~Canteen Date : 200307 | $0.00 | $11.05 | $0.00 | $0.00 |
| 20030723 23:04 | PY - Payroll | 1438599 | | CJ | ~20030706 To 20030712 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20030724 08:12 | ML - Mail | 1441514 | | CJ | ~ROBERT VINTON | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030725 11:46 | CI - Transfer from Club to Inmate A/c | 1447454 | | CJ | ~CNTN REFUND (7/15 ORDER) (COFFEE)~W62596 VINTON,CHRISTOPHER PERSONAL~KCN WASH ACCOUNT - X5 | $9.12 | $0.00 | $0.00 | $0.00 |
| 20030728 22:30 | CN - Canteen | 1450782 | | CJ | ~Canteen Date : 200307 | $0.00 | $49.94 | $0.00 | $0.00 |
| 20030730 23:04 | PY - Payroll | 1466660 | | CJ | ~20030713 To 20030719 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030731 12:41 | ML - Mail | 1470255 | | CJ | ~SUSAN VINTON | $25.00 | $0.00 | $0.00 | $0.00 |
| 20030804 09:17 | ML - Mail | 1477166 | | CJ | ~S.S. | $25.00 | $0.00 | $0.00 | $0.00 |
| 20030804 22:30 | CN - Canteen | 1479999 | | CJ | ~Canteen Date : 200308 | $0.00 | $49.98 | $0.00 | $0.00 |
| 20030806 23:02 | PY - Payroll | 1494702 | | CJ | ~20030720 To 20030726 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030807 15:30 | IS - Interest | 1504834 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20030811 22:30 | CN - Canteen | 1524582 | | CJ | ~Canteen Date : 200308 | $0.00 | $29.88 | $0.00 | $0.00 |
| 20030813 23:03 | PY - Payroll | 1539708 | | CJ | ~20030727 To 20030802 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030814 09:43 | IC - Transfer from Inmate to Club A/c | 1543811 | | CJ | ~POSTAGE~POSTAGE - Z11 | $0.00 | $0.80 | $0.00 | $0.00 |
| 20030821 13:37 | IC - Transfer from Inmate to Club A/c | 1572862 | | CJ | ~POSTAGE~POSTAGE - Z11 | $0.00 | $0.80 | $0.00 | $0.00 |
| 20030909 22:30 | CN - Canteen | 1638459 | | CJ | ~Canteen Date : 200309 | $0.00 | $13.29 | $0.00 | $0.00 |
| 20030910 07:53 | IS - Interest | 1647952 | | CJ | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20030910 23:06 | PY - Payroll | 1671220 | | CJ | ~20030824 To 20030830 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20030911 11:33 | IC - Transfer from Inmate to Club A/c | 1672324 | | CJ | ~HAIRCUT~HAIRCUT REVEN - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030917 23:07 | PY - Payroll | 1700787 | | CJ | ~20030831 To 20030906 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030918 10:05 | EX - External Disbursement | 1701535 | 28117 | CJ | ~T.V. GUIDE | $0.00 | $6.50 | $0.00 | $0.00 |
| 20030922 08:10 | ML - Mail | 1708643 | | CJ | ~ROBERT VINTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030922 09:00 | IC - Transfer from Inmate to Club A/c | 1709107 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20030922 11:07 | EX - External Disbursement | 1709949 | 28141 | CJ | ~ANN CLARK | $0.00 | $10.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**

## Inmate Transaction Report

Date :   20040107 11:21

| Commit# | : | W62596 | | | MCI CEDAR JUNCTION | | | Page : 3 |
| Name | : | VINTON, CHRISTOPHER, , | | | Statement From 20030601 | | | |
| Inst | : | MCI CEDAR JUNCTION | | | To   20040107 | | | |
| Block | : | A 2 | | | | | | |
| Cell/Bed | : | 66 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030924 23:07 | PY - Payroll | 1729639 | | CJ | ~20030907 To 20030913 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20030926 09:53 | EX - External Disbursement | 1735222 | 28210 | CJ | ~MO MUSIC | $0.00 | $17.00 | $0.00 | $0.00 |
| 20031001 23:06 | PY - Payroll | 1758080 | | CJ | ~20030914 To 20030920 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20031002 10:16 | IC - Transfer from Inmate to Club A/c | 1758979 | | CJ | ~POSTAGE-POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20031007 09:31 | IC - Transfer from Inmate to Club A/c | 1771757 | | CJ | ~POSTAGE PER PROPERTY-POSTAGE - Z11 | $0.00 | $4.55 | $0.00 | $0.00 |
| 20031008 16:57 | IS - Interest | 1783315 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20031008 23:09 | PY - Payroll | 1803063 | | CJ | ~20030921 To 20030927 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20031013 22:30 | CN - Canteen | 1811631 | | CJ | ~Canteen Date : 200310 | $0.00 | $30.94 | $0.00 | $0.00 |
| 20031015 23:07 | PY - Payroll | 1830943 | | CJ | ~20030928 To 20031004 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20031016 09:51 | IC - Transfer from Inmate to Club A/c | 1831631 | | CJ | ~HAIRCUT-HAIRCUT REVEN - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20031017 08:43 | ML - Mail | 1836061 | | CJ | ~SUSAN VINTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031020 22:30 | CN - Canteen | 1843072 | | CJ | ~Canteen Date : 200310 | $0.00 | $25.31 | $0.00 | $0.00 |
| 20031024 08:21 | ML - Mail | 1864656 | | CJ | ~ROBERT VINTON | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031027 22:31 | CN - Canteen | 1873279 | | CJ | ~Canteen Date : 200310 | $0.00 | $29.66 | $0.00 | $0.00 |
| 20031029 08:37 | ML - Mail | 1878221 | | CJ | ~SUSAN VINTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031103 08:25 | ML - Mail | 1895698 | | CJ | ~ROBERT VINTON | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031103 22:30 | CN - Canteen | 1900097 | | CJ | ~Canteen Date : 200311 | $0.00 | $20.46 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1929333 | | CJ | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20031110 08:44 | ML - Mail | 1941040 | | CJ | ~S.S. | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031110 22:30 | CN - Canteen | 1944915 | | CJ | ~Canteen Date : 200311 | $0.00 | $29.55 | $0.00 | $0.00 |
| 20031117 08:40 | ML - Mail | 1969068 | | CJ | ~ROBERT VINTON | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031117 22:30 | CN - Canteen | 1972264 | | CJ | ~Canteen Date : 200311 | $0.00 | $20.47 | $0.00 | $0.00 |
| 20031120 08:59 | ML - Mail | 1990481 | | CJ | ~ROBERT VINTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031125 22:31 | CN - Canteen | 2008360 | | CJ | ~Canteen Date : 200311 | $0.00 | $49.40 | $0.00 | $0.00 |
| 20031126 08:24 | ML - Mail | 2023713 | | CJ | ~ROBERT VINTON | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031201 22:30 | CN - Canteen | 2029331 | | CJ | ~Canteen Date : 200312 | $0.00 | $29.68 | $0.00 | $0.00 |
| 20031203 08:27 | ML - Mail | 2034150 | | CJ | ~R. VINTON | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031203 08:27 | ML - Mail | 2034152 | | CJ | ~R. VINTON | $50.00 | $0.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**

## Inmate Transaction Report

Date :   20040107 11:21

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W62596 | | MCI CEDAR JUNCTION | | Page : 4 |
| Name : | VINTON, CHRISTOPHER, , | | Statement From 20030601 | | |
| Inst : | MCI CEDAR JUNCTION | | To  20040107 | | |
| Block : | A 2 | | | | |
| Cell/Bed : | 66 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031203 09:27 | ML - Mail | 2034153 | | CJ | ~R. VINTON | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031203 08:28 | ML - Mail | 2034155 | | CJ | ~R. VINTON | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031203 08:28 | ML - Mail | 2034157 | | CJ | ~R. VINTON | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031203 09:51 | EX - External Disbursement | 2034785 | 28942 | CJ | ~DIRECT SOURCE | $0.00 | $13.90 | $0.00 | $0.00 |
| 20031204 08:35 | ML - Mail | 2046082 | 06763151 397/M.O | CJ | ~CANNOT READ NAME | $100.00 | $0.00 | $0.00 | $0.00 |
| 20031204 10:31 | EX - External Disbursement | 2046810 | 28955 | CJ | ~FLICK ME INC. | $0.00 | $4.95 | $0.00 | $0.00 |
| 20031208 09:37 | EX - External Disbursement | 2054534 | 28978 | CJ | ~BLUDAMAN ENTERTAINMEN | $0.00 | $5.00 | $0.00 | $0.00 |
| 20031208 09:37 | EX - External Disbursement | 2054538 | 28979 | CJ | ~BRENDA SAXON | $0.00 | $25.00 | $0.00 | $0.00 |
| 20031208 09:38 | EX - External Disbursement | 2054542 | 28980 | CJ | ~CHANEL PAREE | $0.00 | $5.00 | $0.00 | $0.00 |
| 20031208 22:30 | CN - Canteen | 2058208 | | CJ | ~Canteen Date : 200312 | $0.00 | $61.69 | $0.00 | $0.00 |
| 20031209 13:40 | IS - Interest | 2064488 | | CJ | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20031212 08:16 | ML - Mail | 2095969 | | CJ | ~KAREN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031215 22:30 | CN - Canteen | 2104006 | | CJ | ~Canteen Date : 200312 | $0.00 | $64.71 | $0.00 | $0.00 |
| 20031216 11:50 | IC - Transfer from Inmate to Club A/c | 2105859 | | CJ | ~POSTAGE~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20031216 11:50 | IC - Transfer from Inmate to Club A/c | 2105861 | | CJ | ~POSTAGE~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20031216 11:51 | IC - Transfer from Inmate to Club A/c | 2105863 | | CJ | ~POSTAGE~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20031220 22:30 | CN - Canteen | 2133574 | | CJ | ~Canteen Date : 200312 | $0.00 | $60.94 | $0.00 | $0.00 |
| 20031224 23:06 | PY - Payroll | 2158449 | | CJ | ~20031207 To 20031213 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20031229 22:30 | CN - Canteen | 2167925 | | CJ | ~Canteen Date : 200312 | $0.00 | $43.54 | $0.00 | $0.00 |
| 20031231 23:07 | PY - Payroll | 2184070 | | CJ | ~20031214 To 20031220 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20040102 10:42 | IC - Transfer from Inmate to Club A/c | 2186673 | | CJ | ~HAIRCUT~HAIRCUT REVEN - 23 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040102 13:13 | IC - Transfer from Inmate to Club A/c | 2187264 | | CJ | ~POSTAGE~POSTAGE - Z11 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20040105 09:44 | ML - Mail | 2192313 | | CJ | ~ROBERT VINTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040105 22:30 | CN - Canteen | 2195763 | | CJ | ~Canteen Date : 200401 | $0.00 | $44.18 | $0.00 | $0.00 |
| | | | | | | $1,006.71 | $1,046.11 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**

## Inmate Transaction Report

Date : 20040107 11:21

| | | | | |
|---|---|---|---|---|
| Commit# | : | W62596 | MCI CEDAR JUNCTION | Page :5 |
| Name | : | VINTON, CHRISTOPHER, , | Statement From 20030601 | |
| Inst | : | MCI CEDAR JUNCTION | To  20040107 | |
| Block | : | A 2 | | |
| Cell/Bed | : | 66 /A | | |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date | $65.05 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $65.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |