UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JAN 27 A 10:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHRISTOPHER N. VINTON,<br>    Petitioner, | CIVIL ACTION<br>NO.<br>04-10209-DPW |
| v. | |
| PETER ALLEN, Superintendent,<br>MCI Cedar Junction,<br>    Respondent. | |

MOTION FOR APPOINTMENT
OF COUNSEL

    Now comes the petitioner, Christopher N. Vinton, Pro se, and moves this Honorable Court to appoint counsel to represent him on his Petition For Habeas Corpus, pursuant to 28 USC § 2254. As grounds therefor he says:

    1. He is a prisoner confined to the Massachusetts Correctional Institution, Cedar Junction. He is serving a Life sentence without parole as a result of the Massachusetts state Court conviction of Murder in the First Degree, which is the subject of the instant 28 USC § 2254 petition for Habeas Corpus.

    2. Petitioner has no funds with which to retain counsel to represent him; nor does he possess legal knowledge or skill which would enable him to litigate this action on his own behalf.

3. Since Cookish V. Cunningham, 787 F.2d 1, 2-3 (1st Cir. 1986), the Court of Appeals has indicated that, though a prisoner did not have a right to counsel, if he could not handle the case Pro se, counsel could be appointed. See also, 28 U.S.C § 1915 (e)(1) ( " The Court may request an attorney to represent any person unable to afford counsel."). In addition, " The capability of the indigent defendant to present the case is a factor to consider in appointing counsel." Tucker V. Randall, 948 F.2d 388, 392 (7th Cir. 1991) at 391. See Whisenant V. Yuam, 739 F.2d 160, 165 (4th Cir. 1984) at 163 (Where a Pro se litigant has a colorable claim "but lacks the capacity to present it, the district court should appoint counsel to assist him" [citing Cordon V. Leeke, 574 F.2d 1147, 1173 (4th Cir. 1978)]).

4. The petitioner has no funds with which to retain counsel to represent him on his Petition For Habeas Corpus. He has filed in support of this motion an " Application To Proceed Without Prepayment Of Fees And Affidavit."

Based on the foregoing, this Court should appoint counsel to represent the petitioner on his Petition for Writ Of Habeas Corpus under 28 U.S.C. § 2254.

Signed under the pains and penalties of perjury, this 9th day of January, 2004.

Respectfully submitted,

Dated: January 01TH, 2004

Christopher N. Vinton, Pro se
MCI Cedar Junction
P.O. Box 100
South Walpole, Massachusetts
                        02071