UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>  Christopher Vinton        </u>,
                Plaintiff,

            v.                        Civil Action No.  04-10209-DPW

<u>   Peter Allen,       </u>,
                Defendants.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

**G**    GRANTED.

☒    DENIED for the following reason(s):

      Petitioner has sufficient funds in his prison accounts to pay the $5 filing fee.

☒    It is FURTHER ORDERED that petitioner must pay the $5 filing fee within 42 days of the date of this Order, or this case will be dismissed without prejudice.

SO ORDERED.

<u>February 5, 2004   </u>                        <u>Douglas P. Woodlock           </u>
DATE                                          UNITED STATES DISTRICT JUDGE