```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

CHRISTOPHER N. VINTON,              )
            Petitioner,             )
                                    )
        v.                          )    C.A. No. 04-10209-DPW
                                    )
PETER ALLEN, Superintendent,        )
    MCI Cedar Junction,             )
    et al.,                         )
            Respondent.             )
```

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is petitioner's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that petitioner's motion for appointment of counsel is denied without prejudice to filing such a motion after the respondent has filed a responsive pleading to the petition.

Dated at Boston, Massachusetts, this  5th  day of February, 2004.

                                            Douglas P. Woodlock
                                            UNITED STATES DISTRICT JUDGE