FILED
CLERK'S OFFICE

2004 FEB 18 A 11:53

U.S. DISTRICT COURT
DISTRICT OF MASS.

Mr. Christopher Vinton
MCI Cedar Junction
P.O. Box 100
South Walpole, Massachusetts 02071

February 16, 2004

Clerk of Courts
United States District Court
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Christopher Vinton V. David Nolan, Superintendent,
    MCI Cedar Junction
    C.A. No. 04-10209-DPW

Dear Clerk:

   In the Court's Order of February 5, 2004, entitled " Order On Application To Proceed Without Prepayment Of Fees.", the Court ordered that I pay the $5 filing fee within 42 days. Please note that the Docket should reflect that I sent you a check for the $5 filing fee when I sent my Petition under 28 U.S.C. 2254 in for filing. I sent in the application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915 only concerning the motion for appointment of counsel, which I filed with the Petition. Please check the Docket Sheet, and provide me with confirmation that the $5 filing fee has been paid.

   Thank you for your attention to this matter.

Sincerely,

*[signature]*

Christopher Vinton


Attachment

MCI—WALPOLE

Date: 1/12/2004

Amount: $ 5.00

To: Clerk of Court, U.S.
    District Court.

JAN 21 2004

For: Filing fee
                W62596
Chris Vinton W-62596
Name         Comm. #

A-2
Block

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Christopher Vinton,

　　　　　　　　Plaintiff,

v.                                    Civil Action No. 04-10209-DPW

Peter Allen,

　　　　　　　　Defendants.

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐　GRANTED.

☒　DENIED for the following reason(s):

　　Petitioner has sufficient funds in his prison accounts to pay the $5 filing fee.

☒　It is FURTHER ORDERED that petitioner must pay the $5 filing fee within 42 days of the date of this Order, or this case will be dismissed without prejudice.

SO ORDERED.

February 5, 2004
DATE

　　　　　　　　　　　　　　　　Douglas P. Woodlock
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE