UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER VINTON )<br>   Petitioner, )<br>)<br>v. )<br>)<br>DAVID NOLAN, )<br>   Respondent )<br>) | Civil Action No. 04-10209-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondents in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060