UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER VINTON )<br>  Petitioner, )<br> )<br>v. )<br> )<br>DAVID NOLAN, )<br>  Respondent )<br> ) | Civil Action No. 04-10209-DPW |

### MOTION FOR ENLARGEMENT OF TIME
### TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING
### TO THE PETITION FOR WRIT OF HABEAS CORPUS

The respondent, through counsel, respectfully moves this Court to enlarge the time to file an answer or other responsive pleading to the petition for a writ of habeas corpus, to April 29, 2004.

As grounds therefor, the respondents' attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has requested the record of the petitioner's state court proceedings from the Worcester County District Attorney's office. The district attorney's office must locate the files, duplicate the records, including trial transcripts, and transmit a copy to the Attorney General's Office. These are time-consuming tasks which staffers in the district attorney's office must fit into their regular pressing duties. The respondent's attorney has not received these documents and additional time will be needed to review these documents when

2

they arrive, to research relevant issues and to draft an appropriate response to the petition.

3. In addition, the respondent's attorney is responsible for numerous post-conviction cases which include more than forty federal habeas corpus petitions as well as direct criminal appeals, civil rights litigation and parole and probation matters. The respondent's counsel just filed a brief in the First Circuit in a federal habeas appeal, *Horton v. Allen*, No. 03-1423. In the next several weeks she will be working on the following litigation projects: researching and drafting briefs for the First Circuit in two additional habeas appeals, *Shabazz v. Matesanz*, No. 03-2398 and *Delarosa v. Bissonnette and Reilly*, No. 03-2559; researching and drafting a brief for the Massachusetts Appeals Court in an appeal involving parole eligibility, *Cinelli v. Massachusetts Parole Board*, MAC No.2003-P-1281; researching and drafting memoranda on the merits in two federal habeas petitions, *David M. Stroyny v. Timothy Hall*, USDC 03-00305-A and Richard Clark v. Lynn Bissonnette, USDC 01-40015; and researching and compiling documents for answers, supplemental answers and/or dispositive motions in four new federal habeas petitions, *Hoilett v. Allen*, USDC No. 03-12619-RCL ; *Silfredo Ali v. Commonwealth*, USDC No. 04-30005-KPN ; *Mendez v. Allard*, USDC No. 03-11417-MLW and *Quinerly v. Spencer*, USDC 03-12552-GAO.

WHEREFORE, for all the foregoing reasons, the respondent respectfully requests that this Court grant him until April 29, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto

3

Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached documents was served upon the petitioner by first-class mail, postage pre-paid, on March 1, 2004, addressed to him as follows:

Christopher Vinton, pro se
MCI Cedar Junction
P.O Box 100
South Walpole, MA 02071

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General