UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER VINTON )<br>  Petitioner, )<br> )<br>v. )<br> )<br>DAVID NOLAN, )<br>  Respondent ) | Civil Action No. 04-10209-DPW |

## MOTION FOR LEAVE TO LATE FILE MOTION

The respondent in the above-captioned matter respectfully moves this Court for leave to late-file the attached Motion to Enlarge the Time for Filing a Responsive Pleading.

As grounds therefor, the respondent's attorney states that she inadvertently neglected to file the motion for an extension to file an answer to the habeas petition because she has been researching and drafting a brief for the First Circuit which was filed last Thursday, April 29, 2004, *Delarosa v. Bissonnette and Reilly*, No. 03-2559, and has been out of the office since then. The respondent's counsel regrets any inconvenience to the Court by this delay.

WHEREFOR, for the above-stated reasons, the respondent respectfully moves this Court for leave to late-file the attached Motion to Enlarge the Time for Filing a Responsive Pleading.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060