UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER VINTON )<br>Petitioner, )<br> )<br>v. )<br> )<br>DAVID NOLAN, )<br>Respondent ) | Civil Action No. 04-10209-DPW |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE RESPONSIVE PLEADING
## TO THE PETITION FOR WRIT OF HABEAS CORPUS

The respondent, through counsel, respectfully moves this Court to enlarge the time to file an answer or other responsive pleading to the petition for a writ of habeas corpus, to May 28 2004.

As grounds therefor, the respondent's attorney states that she has not yet received the petitioner's state court records from the Worcester County District Attorney's office and cannot file a proper answer without reviewing the briefs and transcripts from the petitioner's post-conviction actions. See Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. The District Attorney's staff has located the files which are voluminous but has not yet duplicated a copy for use by the undersigned attorney in the instant petition. The District Attorney's office anticipates duplicating and forwarding these materials to the Attorney General's Office by May 21. Some time will be needed to review these documents when they arrive, to research relevant issues and to draft an appropriate response to the petition.

2

WHEREFORE, for all the foregoing reasons, the respondent respectfully requests that this Court grant him until May 28, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached documents was served upon the petitioner by first-class mail, postage pre-paid, on May 4, 2004, addressed to him as follows:

Christopher Vinton, pro se
MCI Cedar Junction
P.O Box 100
South Walpole, MA 02071

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General