UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FILED
IN CLERKS OFFICE

2004 MAY 27  P 1: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.
```

CHRISTOPHER VINTON )
  Petitioner, )
)
v. ) Civil Action No. 04-10209-DPW
)
DAVID NOLAN, )
  Respondent )

## SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules governing Section 2254 Cases, the respondent submits the following material as a supplement to his Answer:

1. Brief and Appendix for The Appellant on Appeal to the Massachusetts Supreme Judicial Court (SJC-08034)

2. Brief for the Commonwealth on Appeal to the Massachusetts Supreme Judicial Court (SJC-08034)

3. *Commonwealth v. Vinton*, 432 Mass. 180, 733 N. E. 2d 55 (2000)

4. Defendant's Memorandum of Law In Support of Motion for New Trial (Worcester Ind. No. 96-0476)

5. Defendant's Supplemental Memorandum In Support of His Second New Trial Motion (Worcester Ind. No. 96-0476)

6. Commonwealth's Opposition to Defendant's Second Motion for New Trial (Worcester Ind. No. 96-0476)

7. Memorandum of Decision and Order on Defendant's Motion for New Trial (Worcester Ind. No. 96-0476)

8. Petition for Leave to Appeal from the Denial of Second Motion for New Trial and Defendant's Memorandum In Support of His Petition Pursuant to G.L. c. 278, § 33 E For Leave to Appeal (SJ-2003-0458)

9. Commonwealth's Opposition to Defendant's Petition for Leave to Appeal (SJ-2003-0458)

2

10. Judgment and Memorandum and Order Denying Petition for Leave to Appeal (SJ-2003-0458)

                                                    Respectfully submitted,

                                                    THOMAS F. REILLY
                                                    ATTORNEY GENERAL

                                                    *Annette C. Benedetto*
                                                    Annette C. Benedetto
                                                    Assistant Attorney General
                                                    Criminal Bureau
                                                    One Ashburton Place
                                                    Boston, Massachusetts 02108
                                                    (617) 727-2200
                                                    BBO No. 037060