UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -3 A 11: 41

U.S. DISTRICT COURT
DISTRICT OF MASS

CHRISTOPHER VINTON )
   Petitioner, )
)
v. ) Civil Action No. 04-10209-DPW
)
DAVID NOLAN, )
   Respondent )
)

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE DISPOSITIVE MOTION TO DISMISS

The respondent, through counsel, respectfully moves this Court to enlarge the time to file a dispositive motion to dismiss the petition to June 16, 2004. As grounds, therefor the respondent's attorney states that she only recently received the state court files from the local district attorney's office and needs more time to conduct research and draft a dispositive memo in support of a motion to dismiss. In addition, several pressing litigation deadlines in pending federal habeas corpus case preclude an earlier filing.

WHEREFORE, for all the foregoing reasons, the respondent respectfully requests that this Court grant him until June 16, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

                                                  Respectfully submitted,

                                                  THOMAS F. REILLY
                                                  ATTORNEY GENERAL

                                                  *Annette C. Benedetto*
                                                  Annette C. Benedetto
                                                  Assistant Attorney General
                                                  Criminal Bureau
                                                  One Ashburton Place
                                                  Boston, Massachusetts 02108
                                                  (617) 727-2200
                                                  BBO No. 037060

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached documents was served upon the petitioner by first-class mail, postage pre-paid, on June 2, 2004, addressed to him as follows:

Christopher Vinton, pro se
MCI Cedar Junction
P.O Box 100
South Walpole, MA 02071

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General