UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER VINTON )
  Petitioner, )
)
v. ) Civil Action No. 04-10209-DPW
)
DAVID NOLAN, )
  Respondent )

## MOTION TO DISMISS

The respondent in the above-captioned petition respectfully moves this Court to dismiss the petition for failure to state a claim upon which habeas corpus relief can be granted under 28 U.S.C. § 2254. Fed. R. Civ. P. 12 (b)(6).

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060