UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER VINTON, )
    Petitioner )
 )
v. ) Civil No. 04-10209-DPW
 )
DAVID NOLAN, )
    Respondent )

FILED
IN CLERKS OFFICE
2004 JUL -6  P 4: 49
U.S. DISTRICT COURT
DISTRICT OF MASS

### PETITIONER'S MOTION FOR ENLARGEMENT OF TIME

The petitioner hereby respectfully moves this Honorable Court for an enlargement of time of 60 days, up to and including September 1, 2004, within which to respond to the respondent's motion to dismiss. As reasons therefor, the petitioner states that he is acting in his pro se capacity with no experience in the law and limited access to legal materials at the State Prison at Cedar Junction, and that he needs this additional time to prepare and file an effective response to the respondent's motion to dismiss with the assistance of prison legal clerks and counsel if available.

Respectfully submitted,

Dated: July 2, 2004

Christopher Vinton, pro se
MCI-Cedar Junction
P.O. Box 100
S. Walpole, MA 02071

### CERTIFICATE OF SERVICE

I, Christopher Vinton, do hereby certify that I have served a copy of the foregoing upon the attornet for the respondent by US Mail on this 2nd day of July, 2004.

Christopher Vinton, pro se