UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
CHRISTOPHER VINTON,           )
    Petitioner,               )
                              )       CIVIL ACTION NO.
        v.                    )       04-10209-DPW
                              )
DAVID NOLAN,                  )
    Respondent.               )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued March 8, 2005 (#19), allowing respondent's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                BY THE COURT,

                                /s/ Michelle Rynne
                                Deputy Clerk


DATED:  March 8, 2005