Christopher Vinton
MCI-Walpole
P.O. Box 100
S. Walpole, MA 02071

Clerk's Office
U.S. District Court
One Courthouse Way
Boston, MA 02210

March 12, 2005

RE: <u>Vinton V. Nolan</u>, C.A. No. 04-10209-DPW

Dear Sir/Madam:

On March 10, 2005, I received a copy of an Order of Dismissal in this action. The Order refers to a "Memorandum and Order" issued on March 8, 2005, Paper #19, which I have not received.

Please send me a copy of the March 8, 2005, Memorandum and Order (Paper #19) upon which the Order of Dismissal relies, so that I may review this decision for possible appeals grounds.

Thank you for your time and assistance.

Sincerely,

Christopher Vinton