UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 31  A 11: 59

U.S. DISTRICT COURT
DISTRICT OF MASS

CHRISTOPHER VINTON, )
    Petitioner )
)
v. )  Civil Action No. 04-10209-DPW
)
DAVID NOLAN, )
    Respondent )

PETITIONER'S MOTION FOR RECONSIDERATION

The petitioner, Christopher Vinton, hereby respectfully moves this Honorable Court to reconsider his Petition for Writ of Habeas Corpus for the reasons stated in his Statement in Support filed contemporaneously herewith.

Respectfully submitted,

Dated: March 26, 2005

Christopher Vinton, pro se
MCI-Walpole
P.O. Box 100
S. Walpole, MA 02071