UNITED STATES DISTRICT COURT
DISTRICT OF MASSACGHUSETTS

FILED
CLERKS OFFICE
2005 MAR 31 P 12:00

US DISTRICT COURT

CHRISTOPHER VINTON, )
 Petitioner )
  )
v. ) Civil Action No. 04-00209-DPW
  )
DAVID NOLAN, )
 Respondent )

### PETITIONER'S NOTICE OF APPEAL

The petitioner, Christopher Vinton, hereby gives notice that he intends to appeal the Dismissal of his Petition for Writ of Habeas Corpus by Memorandum and Order of the Court dated March 8, 2005.

Respectfully submitted,

Dated: March 26, 2005

_____
Christopher Vinton, pro se
MCI-Walpole
P.O. Box 100
S. Walpole, MA 02071