Chris Vinton
MCI-Walpole
PO Box 100
S. Walpole, Ma 02071

FILED
CLERKS OFFICE
2005 APR 13 P 3:08
U.S. DISTRICT COURT
DISTRICT OF MASS

Clerk's Office
US District Court
One Courthouse Way
Boston, Ma 02210

April 7, 2005

RE: Vinton v. Nolan, 04-CV-10209-DPW

Dear Sir/Madam:

On April 6, 2005, I received notice that my Motion for Reconsideration was denied. An alternative Notice of Appeal was included, but I see no reference to this in the Court notice.

Therefore, for sake of clarity, enclosed please find my Renewed Notice of Appeal with Statement in Support of a Certificate of Appealability.

Respectfully,

Chris Vinton, Pro se

cc: Annette C. Benedetto, AAG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Christopher Vinton,
  Petitioner

Civil Action No. 04-10209-DPW

v.

David Nolan,
  Respondent

## PETITIONER'S RENEWED NOTICE OF APPEAL

The petitioner, Christopher Vinton, hereby gives notice that he intends to appeal the Dismissal of his Petition for Writ of Habeas Corpus (3-8-05)(Woodlock, J.) and the denial of his Motion for Reconsideration (4-4-05)(Woodlock, J.)

Respectfully submitted,

_____
Christopher Vinton, pro se
PO Box 100
S. Walpole, MA 02071

April 7, 2005