# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10209

Christopher Vinton

v.

David Nolan

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/31/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 13, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/13/05.

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10209-DPW

| | |
|---|---|
| Vinton v. Nolan | Date Filed: 01/27/2004 |
| Assigned to: Judge Douglas P. Woodlock | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Christopher Vinton**   represented by   **Christopher Vinton**
MCI Cedar Junction
P.O. Box 100
South Walpole, MA 02071
PRO SE

V.

**Respondent**

**David Nolan**   represented by   **Annette C. Benedetto**
Department of Attorney General
McCormack Building
One Ashburton Place
Boston, MA 02208
617-727-2200
Fax: 617-727-5755
Email: Annette.Benedetto@AGO.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Christopher Vinton.(Jenness, Susan) (Entered: 02/03/2004) |
| 01/27/2004 | 2 | MOTION to Appoint Counsel by Christopher Vinton. (Jenness, Susan) (Entered: 02/03/2004) |
| 01/27/2004 | 3 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5.00, receipt number 53455, filed by Christopher Vinton.(Jenness, Susan) (Entered: 02/03/2004) |
| 01/27/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 02/03/2004) |
| 02/03/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 02/03/2004) |
| 02/05/2004 | 4 | Judge Douglas P. Woodlock : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. Petitioner has sufficient funds in his prison accounts to pay the $5 filing fee. It is FURTHER ORDERED that petitioner must may the $5 filing fee within 42 days of the date of this Order, or this case will be dismissed without prejudice. (Lanier, Marjorie) (Entered: 02/11/2004) |
| 02/05/2004 | 5 | Judge Douglas P. Woodlock : ORDER entered denying 2 Motion to Appoint Counsel, without prejudice to filing such a motion after the respondent has filed a responsive pleading to the petition. (Lanier, Marjorie) (Entered: 02/11/2004) |
| 02/05/2004 | 6 | Judge Douglas P. Woodlock : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 |

| | | |
|---|---|---|
| | | cases for service on respondents. Respondent shall, within 20 days of receipt of this Order, but no later than 12:00 NOON on February 28, 2004, file a motion to dismiss or other dispositive motion to the petition. Respondent may file an Answer or other responsive pleading, in addition to, but not in lieu of, the filing of a dispositive motion within the time period prescribed herein. It is FURTHER ORDERED that the clerk correct the case caption to reflect the proper respondent, David Nolan, Superintendent, MCI - Cedar Junction.(Lanier, Marjorie) (Entered: 02/11/2004) |
| 02/17/2004 | | Return receipt received for mail sent to David Nolan, MCI Cedar Junction. Delivered on 2/13/04 (Rynne, Michelle) (Entered: 03/03/2004) |
| 02/17/2004 | | Return receipt received for mail sent to William Meade, Attorney General. Delivered on 2/12/04 (Rynne, Michelle) (Entered: 03/03/2004) |
| 02/18/2004 | 7 | Letter/request (non-motion) from Christopher Vinton in response to February 5, 2004 order. (Rynne, Michelle) (Entered: 02/20/2004) |
| 03/02/2004 | 8 | NOTICE of Appearance by Annette C. Benedetto on behalf of David Nolan. (Rynne, Michelle) (Entered: 03/05/2004) |
| 03/02/2004 | 9 | MOTION for Extension of Time to 4/29/04 to File Response/Reply as to 3 Petition for writ of habeas corpus (28:2254) by David Nolan.(Rynne, Michelle) (Entered: 03/05/2004) |
| 03/08/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 9 MOTION for Extension of Time to 4/29/04 to File Response/Reply as to 3 Petition for writ of habeas corpus (28:2254) by David Nolan. (Greenberg, Rebecca) (Entered: 03/08/2004) |
| 03/30/2004 | | Filing fee: $ 5.00, receipt number 54908 regarding |

| | | |
|---|---|---|
| | | petition. (Rynne, Michelle) (Entered: 03/31/2004) |
| 05/04/2004 | 10 | MOTION for Leave to late File motion by David Nolan.(Rynne, Michelle) (Entered: 05/05/2004) |
| 05/04/2004 | 11 | MOTION for Extension of Time to 5/28/04 to File Response as to 3 Petition for writ of habeas corpus (28:2254) by David Nolan.(Rynne, Michelle) (Entered: 05/05/2004) |
| 05/05/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 10 Motion for Leave to File, granting 11 MOTION for Extension of Time to 5/28/04 to File Response as to 3 Petition for writ of habeas corpus (28:2254) by David Nolan. Responses due by 5/28/2004 (Greenberg, Rebecca) (Entered: 05/05/2004) |
| 05/27/2004 | 12 | ANSWER to Complaint by David Nolan.(Rynne, Michelle) (Entered: 06/01/2004) |
| 05/27/2004 | 13 | Supplemental ANSWER to Complaint by David Nolan. (Exhibits bound - not scanned)(Rynne, Michelle) (Entered: 06/01/2004) |
| 06/03/2004 | 14 | MOTION for Extension of Time to 6/16/04 to File motion to dismiss by David Nolan.(Rynne, Michelle) (Entered: 06/08/2004) |
| 06/08/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 14 MOTION for Extension of Time to 6/16/04 to File motion to dismiss by David Nolan. (Greenberg, Rebecca) (Entered: 06/08/2004) |
| 06/17/2004 | 15 | MOTION to Dismiss by David Nolan.(Stanhope, Don) (Entered: 06/21/2004) |
| 06/17/2004 | 16 | MEMORANDUM of the Respondent in Support of 15 MOTION to Dismiss the Petition for Writ of Habeas Corpus filed by David Nolan. (Attachments: # 1) (Stanhope, Don) (Entered: 06/21/2004) |

| | | |
|---|---|---|
| 07/06/2004 | 17 | MOTION for Extension of Time to 9/1/04 to File Response as to 15 MOTION to Dismiss by Christopher Vinton.(Rynne, Michelle) (Entered: 07/08/2004) |
| 07/08/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 17 MOTION for Extension of Time to 9/1/04 to File Response as to 15 MOTION to Dismiss by Christopher Vinton.(Greenberg, Rebecca) (Entered: 07/08/2004) |
| 08/25/2004 | 18 | Opposition re 15 MOTION to Dismiss and request for issuance of writ of habeas corpus filed by Christopher Vinton. (Rynne, Michelle) (Entered: 08/27/2004) |
| 03/08/2005 | 19 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered granting 15 Motion to Dismiss (Woodlock, Douglas) (Entered: 03/08/2005) |
| 03/08/2005 | 20 | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE(Rynne, Michelle) (Entered: 03/08/2005) |
| 03/15/2005 | 21 | Letter/request for a copy of Memorandum and Order (non-motion) from Christopher Vinton. Mailed a copy to MCI. (Nici, Richard) (Entered: 03/17/2005) |
| 03/31/2005 | 22 | MOTION for Reconsideration by Christopher Vinton. (Nici, Richard) (Entered: 04/01/2005) |
| 03/31/2005 | 23 | NOTICE OF APPEAL by Christopher Vinton. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/20/2005. (Nici, Richard) (Entered: 04/01/2005) |
| 03/31/2005 | 24 | MEMORANDUM in Support re 22 MOTION for Reconsideration filed by Christopher Vinton. (Nici, |

| | | |
|---|---|---|
| | | Richard) (Entered: 04/01/2005) |
| 04/04/2005 | | Judge Douglas P. Woodlock : EndorsedORDER entered denying 22 Motion for Reconsideration (Rynne, Michelle) (Entered: 04/04/2005) |
| 04/12/2005 | 25 | NOTICE OF APPEAL by Christopher Vinton. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/2/2005. (Nici, Richard) (Entered: 04/14/2005) |
| 04/13/2005 | 26 | Petitioner's Statement in support of a certificate of Appealability. (Nici, Richard) (Entered: 04/14/2005) |