Christopher Vinton
Souza-Baranowsk. Corr. Center
P.O. Box - 8000
Shirley, Mass. 01464

Clerks office
U.S. District Court
1 Courthouse Way
Boston, Mass. 02210

June 9th 2005

RE: Vinton v. Nolan, C.A. No. 04-10209-DPW
RE: Docket entry sheet
RE: Clarification Request.

Dear Sir or Madam,

Please find enclosed, petitioners request for a 'docket entry sheet' for the above titled case 'Vinton v. Nolan, No. 04-10209 DPW' needed for clarification and status report purposes.

My last request to your office went unanswered for some reason. So please, at your earliest possible chance, issue me an updated 'Docket entry' to my address listed above.

Thank you for your time, attention and assistance on this most important matter.

Respectfully,

Christopher Vinton, pro se.