Christopher N. Vinton
P.O. Box-8000
S.B.C.C.
Shirley, Mass.
01464

July 15th- 2005

U.S. District Court
Office Of The Clerk
US Courthouse
1 Courthouse Way, suite #2300
Boston, Mass. 02210

RE: Vinton v. Nolan, #1:04-cv-10209-DPW
RE: Request for action
RE; Request for docket entry sheet

Dear Sir or Madam,

    Enclosed is a subsequent request for action, regarding the above numbered case, and the motion pending in this Honorable Court for the petitioners request for a Certificate of Appealability.
    Please respond to the attached request, and forward the petitioner an updated docket entry list for the above numbered case, so that I can see that it reflects the filings i've been submitting to this court.
    The U.S. First Circuit Court of Appeals demands my status reports concerning the motion for COA pending in this court, and I would be most grateful for a response on this motion, so I can move forth appropriately.
    Please forward the petitioner, at the above address, a current dockect entry sheet for the above entitled action, thank you for you time, attention and assistance on this most important matter, and please contact me of any problems regarding these filings.

                                                 Respectfully Submitted,

                                                 Christopher N. Vinton, Pro se,

cc. Annette Benedetto,
    US Court Of Appeals,
    File,

Christopher Vinton
SBCC
P.O. Box 8000
Shirley, MA 01464

Clerk's Office
US District Court
One Courthouse Way
Boston, MA

July 12th, 2005

RE: <u>Vinton V. Nolan</u>, USDC No. 1:04-cv-10209

Dear Sir/Madam:

Enclosed please find a notice from the 1st Circuit Appeals Court advising me that my appeal cannot go forward until my request for certificate of appealability (No. 26) in this Court is decided.

Please be sure that my motion is before the Court for decision, or advise me if a decision has been rendered.

Sincerely,

*[signature]*

Christopher Vinton, pro se


cc. Annette Benedetto
    US Crt Of Appls
    File

# United States Court of Appeals
## For the First Circuit

Nos.  05-1716; 05-1717

CHRISTOPHER VINTON,

Petitioner - Appellant,

v.

DAVID NOLAN,

Respondent - Appellee.

**ORDER OF COURT**
**Entered: May 18, 2005**

Petitioner's appeal from the denial of his petition for writ of habeas corpus under 28 U.S.C. §2254 has been docketed as Appeal No. 05-1716. Appeal No. 05-1717 is petitioner's letter which was construed as a notice of appeal from the denial of his motion for reconsideration of the denial of his petition for writ of habeas corpus under 28 U.S.C. §2254. It is ordered that the above captioned appeals be consolidated for purposes of briefing and oral argument.

The cases cannot go forward unless a certificate of appealability issues. 28 U.S.C. §2253. A request for a certificate of appealability must first be sought in the district court. See Local Rule 22.1(b). Petitioner's request for a certificate of appealability (no. 26), filed on April 13, 2005, is pending in the district court.

Accordingly, we direct petitioner-appellant to file a status report in this court by **June 17, 2005**, and *every thirty days thereafter*, advising us of the status of that motion. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the motion for a certificate.

If a status report is not filed by **June 17, 2005** and at **thirty-day intervals** thereafter, these appeals may be dismissed for lack of diligent prosecution. Loc. R. 3(b).

By the Court:
Richard Cushing Donovan, Clerk

By_____ LYNNE ALIX MORRISON
Operations Manager

[cc: Christopher Vinton and Annette C. Benedetto, AAG ]

Christopher Vinton
SBCC
P.O. Box 8000
Shirley, MA 01464

Clerk's Office
US District Court
One Courthouse Way
Boston, MA

June 10th, 2005

RE: <u>Vinton V. Nolan</u>, USDC No. 1:04-cv-10209

Dear Sir/Madam:

Enclosed please find a notice from the 1st Circuit Appeals Court advising me that my appeal cannot go forward until my request for certificate of appealability (No. 26) in this Court is decided.

Please be sure that my motion is before the Court for decision, or advise me if a decision has been rendered.

Sincerely,

*(signature)*

Christopher Vinton, pro se


cc. Annette Benedetto
    US Crt of Appls
    File