COPY

mc
65-1716
65-1717

2005 SEP -6 P 4:33

Christopher Vinton
Souza Baranowski Correctional Center
W-62596
PO Box 8000
Shirley, MA   01464

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**PRO SE CAP**

August 21st 2005

---

Clerks office
U.S. District Court
One Courthouse Way
Boston, Mass. 02114

RE: Vinton v. Nolan - DC/CA/No. 04-CV-10209-DPW
RE: Motion for leave to appeal in forma pauperis

Dear Sir or Madam,

Please find enclosed for filing, the following,

1. Petitioners motion for leave to appeal in forma pauperis.
2. Petitioners 6 month financial statement.
3. Petitioners affidavit in support of motion.

Please file in the usual course.

Respectfully,

Christopher Vinton, Pro Se.


C.C. - File,
       Annette L. Benedetto, AAG
       USCA

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

2005 SEP -8 P 3:57

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

District Court No. _04-CV-10209 DPW_

Appeal No. _05-1716 AND 05-1717_

VINTON, CHRISTOPHER
        Petitioner

v.

NOLAN, DAVID
        Respondant

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) <br><br> Signed: _Christopher Vinton_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. <br><br> Date: _8-31-05_ |

My issues on appeal are: _Appealing dismissal of my petition for writ of Habeas Corpus (3-8-05)_

_Appealing denial of my motion for reconsideration (4-4-05) seeking a certificate of appealability._

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ NONE | $ N/A | $ NONE | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 40.00 | $ N/A | $ 40.00 | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ NONE | $ N/A | $ NONE | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): NONE | $ NONE | $ N/A | $ NONE | $ N/A |
| Total Monthly income: | $ 40.00 | $ N/A | $ 40.00 | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| M.C.I - Cedar Junction Walpole | P.O. Box-100 S. Walpole, MA. 02071 | Nov. 2002 Feb. 2003 | $ 24.00 |
| | | | |
| | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions) N/A

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |

2

4. *How much cash do you and your spouse have?* $ _64.67_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Prison Account | Personal | $ 64.67 | $ N/A |
|  |  | $ | $ |
|  |  | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.** — ATTACHED HERETO.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| NONE |  | NONE |  | Make & year: | N/A |
| NONE |  | NONE |  | Model: | N/A |
| NONE |  | NONE |  | Registration#: | N/A |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: N/A |  | NONE |  | NONE |  |
| Model: N/A |  | NONE |  | NONE |  |
| Registration#: N/A |  | NONE |  | NONE |  |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | NONE | NONE |
| NONE | NONE | NONE |
| NONE | NONE | NONE |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| ~~Robert Vinton~~ NONE | NONE ~~Brother~~ | NONE ~~65~~ |
| ~~Sam Vinton~~ NONE | NONE ~~Brother~~ | NONE ~~66~~ |
| NONE | NONE | NONE |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are any real estate taxes included? ☐ Yes ☒ No | | |
| Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ 20.00 | $ N/A |
| Clothing | $ 10.00 | $ N/A |
| Laundry and dry-cleaning | $ NONE | $ N/A |
| Medical and dental expenses | $ NONE | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10.00 | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
|    Homeowner's or renter's N/A | $ N/A | $ N/A |
|    Life N/A | $ N/A | $ N/A |
|    Health N/A | $ N/A | $ N/A |
|    Motor Vehicle N/A | $ N/A | $ N/A |
|    Other: NONE | $ NONE | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): NONE | $ NONE | $ N/A |
| Installment payments  N/A | $ N/A | $ N/A |
|    Motor Vehicle  N/A | $ N/A | $ N/A |
|    Credit card (name): N/A | $ N/A | $ N/A |
|    Department store (name): N/A | $ N/A | $ N/A |
|    Other: NONE | $ N/A | $ N/A |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ NONE | $ NONE |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ NONE | $ NONE |
| Other (specify): NONE | $ NONE | $ NONE |
| **Total monthly expenses:** | $ 40.00 | $ NA |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☒ Yes  ☐ No           If yes, describe on an attached sheet.

ANY INCOME IS STRICTLY CASH DONATIONS BY MY PARENTS, AND ITS INCONSISTENT BY WEEK AND MONTH.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

If yes, how much? $ _____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes  ☒ No

If yes, how much? $ _____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

ANY AND ALL INCOME TO ME ON MY ACCOUNT IS CASH GIFTS AND DONATIONS FROM FAMILY. THOUGH IT AVERAGES ABOUT $70.00 A MONTH, I MUST BUY STATIONARY AND HYGIEN CARE PRODUCTS, AS WELL AS SUPPLEMENTAL FOOD. BECAUSE THE INCOME VARIES, BUT ALWAYS MUST HAVE THE STATIONARY AND HYGIEN PRODUCTS AS A BASIC NECESSITY, I AM IN NO POSITION AT ALL, TO PAY THE DOCKET FEES FOR MY APPEALS.

5

13. State the address of your legal residence.

    CHRISTOPHER VINTON, P.O. BOX-8000, S.B.C.C.

    SHIRLEY, MASS. 01464

Your daytime phone number: ( N/A ) N/A

Your age: 29    Your years of schooling: 11 - G.E.D

[redacted]

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050805 11:51

Page: 1

| Commit# : | W62596 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
|---|---|---|---|---|---|---|---|---|
| Name : | VINTON, CHRISTOPHER, , | | | | Statement From 20050201 | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To 20050805 | | | |
| Block : | P2 | | | | | | | |
| Cell/Bed : | 09 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes SINCE MAY 1997 | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $5,206.01 | $5,184.69 | $12.00 | $12.00 |
| 20050207 22:30 | CN - Canteen | 4096751 | | CJ | ~Canteen Date : 20050207 | $0.00 | $21.10 | $0.00 | $0.00 |
| 20050209 08:24 | ML - Mail | 4104388 | | CJ | ~SUSAN VINTON | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050209 08:24 | MA - Maintenance and Administration | 4104389 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050209 08:39 | ML - Mail | 4104735 | | CJ | ~NO NAME GIVEN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110055 | | CJ | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4146001 | | CJ | ~Canteen Date : 20050214 | $0.00 | $29.65 | $0.00 | $0.00 |
| 20050215 09:27 | EX - External Disbursement | 4148399 | 33649 | CJ | ~T.V. GUIDE | $0.00 | $13.00 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4174096 | | CJ | ~Canteen Date : 20050221 | $0.00 | $16.39 | $0.00 | $0.00 |
| 20050223 12:34 | IC - Transfer from Inmate to Club A/c | 4183534 | | CJ | ~CEREAL BOWL~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $0.75 | $0.00 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4204883 | | CJ | ~Canteen Date : 20050228 | $0.00 | $19.40 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281191 | | CJ | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20050316 08:29 | ML - Mail | 4296153 | | CJ | ~ROBERT VINTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050316 08:29 | MA - Maintenance and Administration | 4296154 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050321 22:30 | CN - Canteen | 4321106 | | CJ | ~Canteen Date : 20050321 | $0.00 | $17.31 | $0.00 | $0.00 |
| 20050325 13:47 | ML - Mail | 4347619 | 388962 | CJ | ~GRIEVANCE SETTLEMENT AND RELEASE OF CLAIM #5627 | $29.54 | $0.00 | $0.00 | $0.00 |
| 20050328 22:30 | CN - Canteen | 4352813 | | CJ | ~Canteen Date : 20050328 | $0.00 | $19.53 | $0.00 | $0.00 |
| 20050401 08:11 | ML - Mail | 4376592 | | CJ | ~ROBERT VINTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050401 08:11 | MA - Maintenance and Administration | 4376594 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050404 22:30 | CN - Canteen | 4387223 | | CJ | ~Canteen Date : 20050404 | $0.00 | $19.11 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4421166 | | CJ | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20050411 22:30 | CN - Canteen | 4439587 | | CJ | ~Canteen Date : 20050411 | $0.00 | $11.76 | $0.00 | $0.00 |
| 20050412 08:43 | ML - Mail | 4441919 | | CJ | ~ROBERT VINTON | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050418 22:30 | CN - Canteen | 4470413 | | CJ | ~Canteen Date : 20050418 | $0.00 | $17.01 | $0.00 | $0.00 |
| 20050425 08:52 | ML - Mail | 4499644 | | CJ | ~ROBERT VINTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050425 22:30 | CN - Canteen | 4502279 | | CJ | ~Canteen Date : 20050425 | $0.00 | $13.00 | $0.00 | $0.00 |
| 20050510 08:26 | ML - Mail | 4575939 | | CJ | ~L. VINTON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050510 08:26 | MA - Maintenance and Administration | 4575941 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050510 22:30 | CN - Canteen | 4579952 | | CJ | ~Canteen Date : 20050510 | $0.00 | $18.03 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4587604 | | CJ | | $0.06 | $0.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date: 20050805 11:51

| | | | | Page: 3 |
|---|---|---|---|---|
| Commit# : | W62596 | | SOUZA-BARANOWSKI CORRECTIONAL | |
| Name : | VINTON, CHRISTOPHER, , | | Statement From | 20050201 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To | 20050805 |
| Block : | P2 | | | |
| Cell/Bed : | 09 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050804 15:00 | IC - Transfer from Inmate to Club A/c | 5065492 | | SBCC | ~haircut 7/26-7/29~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| | | | | | | $455.94 | $412.59 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $64.67 | $0.00 |

Current Balances:

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $64.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |