## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:  05-1716

USDC Docket Number : 04-cv-10209

Christopher Vinton

v.

David Nolan

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered ( electronic order Re: document number 33 )  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 13, 2005.

Sarah A. Thornton, Clerk of Court

By Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _9/13/05_.

Deputy Clerk, US Court of Appeals