Christopher Vinton
W-62596
S.B.C.C.
P.O. Box 8000
Shirley, Mass.
01464

Sept. 12, 2005

Clerks Office
U.S. District Court
1 Courthouse Way Suite #2300
Boston, MA. 02210

Re: Vinton v Nolan, No. 04-10209-DPW / U.S.C.A. No. 05-1716, -1712
Re: Docket Entry Request U.S.D.C.
Re: Copy of U.S.C.A. Status Report.

Dear Clerk,

Enclosed please find a copy of Petitioners status report filed in U.S.C.A. regarding the above numbered action. Furthermore, Petitioner requests that you issue him a recent docket entry sheet Docket No. 04-CV-10209-DPW, at as address listed above. So I can be certain of my filings and current status. Thank you.

Most Respectfully,

[signature]

Christopher Vinton, Pro Se.
W-62596
P.O. Box-8000
S.B.C.C.
Shirley, MA. 01464

c.c. USCA
Annette Bongiorno
file.

Christopher Vinton
W-62596
S.B.C.C.
P.O. Box 8000
Shirley, Mass.
01464

Sept. 12th 2005

U.S. Court of Appeals
Clerks Office
J.J. Moakley U.S. Courthouse
1 Courthouse Way Suite #2500
Boston, Mass. 02210

RE: Vinton v. Nolan 05-1716, 05-1717 (D.C. No. 04-cv-10209-DPW)
RE: Status Report.
RE: Docket Entry Request.

Dear Sir or Madam,

    Please find enclosed, petitioners status report for the above docketed action.

- Petitioner has motion for Certificate of Appealability pending in U.S.D.C.

- Petitioner has motioned for leave in U.S.D.C. to file in forma pauperis so the docketing/filing fees can be waived for the above docketed action.

- Petitioner has sent copies of his motion for L.F.P. to U.S.C.A., U.S. AGA Annette C. Benedetto, original to U.S.C. 9-12-05

- Petitioner has sent copies of status report - U.S.D.C. and U.S. AGA Annette C. Benedetto 9-12-05

- Petitioner is awaiting action on motion for leave to file forma pauperis from U.S.D.C., so the pen. in C.O.A. can be addressed.

    Please notify petitioner of any problems with his status report or filings, and please forward a recent docket print out to petitioner at your earliest convenience. Thank you.

Respectfully, Sign 7CV
C.C. U.S.D.C.
    AGA Annette Benedetto.
    file
                  Christopher Vinton 9/12/05