Christopher Vinton
W-62596
S.B.C.C.
P.O. Box - 8000
Shirley, Mass.
01464

November 15th, 2004

U.S. District Court
Office Of The Clerk
U.S. Courthouse
1 Courthouse Way, Ste. #2300
Boston, Mass. 02210

RE: Vinton v. Nolan, #1:04-cv-10209-DPW
RE: Docket Entry Request

Dear Sir or Madam,

    Could you please, at your earliest possible convenience, forward me a 'docket entry printout' for the above entitled case? I am awaiting action on a motion pending in this honorable court and I must receive an updated printout of the docket entry so I may assure that the proper filings have been received and are pending.
    Thank you for your time, attention and assistance on this most important matter. Please contact me of any problems with this request. Please send the printout to me at my address above.

Respectfully Requested,

*Christopher Vinton*
Christopher Vinton Pro se.

cc. file