```
                Christopher Vinton
                     W-62596
                 P.O. Box - 8000
                     S.B.C.C.
                  Shirley, Mass.
                      01464
```

December 1rst, 2005

United States District Court
Clerks Office
J.J. Moakley, U.S. Courthouse
1 Courthouse Way, Ste. #2300
Boston, Mass. 02210

RE: Vinton v. Nolan, 1:04-cv-10209-DPW

Dear Sir or Madam,

    I'm contacting you regarding afew motions i've filed to your office, which both were ruled on, without me receiving notice of either ruling. I have only just learned of each ruling because afew days ago, I requested a 'docket entry printout' for the above listed action.

    I just received this docket entry, and on it, I see that

1. I was granted 'Forma Pauperis Status' without being notified of the ruling, and, (#33)

2. The 'Motion For Appointment Of Counsel' I filed to your office was just denied without my being notified of it. (#37)

    Again, I only learned of each developement because I requested a docket entry, and noticed each ruling on the docket sheet. For whatever reason it may be that I am not being notified properly of these filing/rulings, I would greatly appreciate it if this Honorable Court would correct it, so that I may proceed with my court issues without problems or delays.

    Thank you for your time, attention, and assistance on

(2)

this most important issue.

                            Most Respectfully,

                            Christopher Vinton Pro se.

cc. Annette C. Benedetto AGA
    USCA
    file