```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


CHRISTOPHER VINTON,            )
     Petitioner,               )    CIVIL ACTION NO.
                               )    04-10209-DPW
     v.                        )
                               )
DAVID NOLAN,                   )
     Respondent.               )
```

## MEMORANDUM AND ORDER
December 21, 2005

It has come to my attention that the petitioner in this matter, who is seeking review of the dismissal of the case pursuant to my Memorandum and Order of March 8, 2005, has been reporting to the Court of Appeals that he is awaiting rulings by this court regarding matters ancillary to that review.

In a Status Report filed with the Court of Appeals on November 30, 2005, petitioner states that motions are pending in this court. However, by letter to this court dated December 1, 2005, (yet also filed November 30, 2005), the petitioner reports that actually he was not adequately notified of certain rulings by this court and had only learned of them "a few days ago." These are my Order of September 12, 2005 allowing his motion for leave to appeal in forma pauperis and my Order of October 18, 2005 terminating his motion to appoint counsel because it was "improperly before this court in light of the pending appeal" and advising that the "Motion should be directed to the Court of Appeals."

In addition, it appears from a review of the docket that although the petitioner did not formally move for a certificate of appealability in this court and consequently did not alert the Clerk's Office to a request for judicial action, he did file a "Statement in support of a Certificate of Appealability" (#26) on April 13, 2005.  I have reviewed the Statement and the underlying record again carefully and find no basis to justify issuance of a certificate of appealability in this matter.  The petitioner has not demonstrated "a substantial showing of the denial of a constitutional right."  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Consequently, the request for a Certificate of Appealability is DENIED.

Having now denied petitioner a certificate of appealability and other motions previously having been addressed, I am of the view that all matters said to be pending in this court regarding the petitioner's notice of appeal have been resolved.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE