04-10209
Judge Woodlock
USDC MA

# United States Court of Appeals
## For the First Circuit

No. 05-1716
     05-1717

CHRISTOPHER VINTON,

Petitioner, Appellant,

v.

DAVID NOLAN,

Respondent, Appellee.

Before

Selya, Lynch and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered: May 8, 2006

After careful review of the record and petitioner's memorandum in support of his application for a certificate of appealability, we <u>deny</u> the application because petitioner has failed to make "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), essentially for the reasons given in the district court's memorandum and order dated March 8, 2005.

The appeal is <u>terminated</u>.

Issued as Mandate
Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/31/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

[cc: Christopher Vinton, Annette Benedetto, AAG]